UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-248 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC G. NELSON,<br><br>Defendant. | ) | BENCH WARRANT |

The United States Marshal is hereby commanded to arrest defendant, Eric G. Nelson, and bring defendant forthwith before the undersigned for the reason that defendant failed to appear on November 16, 2004, at 9:00 a.m. pursuant to an Order for Debtor's Examination in the above-entitled case.

The United States Marshal is further commanded to detain defendant in custody until defendant is discharged by the Court.

The Clerk of Court shall issue any process necessary to effectuate this Bench Warrant.

Ordered this 16th day of November, 2004.

s/ J Earl Cudd
J. EARL CUDD
United States Magistrate Judge