00-248 ADM/AJB

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

RECEIVED
BY MAIL
FEB 25 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Markos Habtemichael
Garnishee

SUBSCRIBED and SWORN to before me this

22 day of February, 2005

Vicki Reynolds
NOTARY PUBLIC

VICKI L REYNOLDS
Notary Public
Minnesota
My Commission Expires January 31, 2008

SCANNED
FEB 25 2005
U.S. DISTRICT COURT MPLS