UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-248 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC G. NELSON,<br><br>Defendant,<br><br>TCF BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about February 16, 2005, is hereby released.

Dated: February 25, 2005

s/ Arthur J. Boylan
Magistrate Judge
United States District Court