UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-248 ADM/AJB

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) ORDER
)
ERIC G. NELSON, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 3rd day of May, 2005

_s/ Arthur J. Boylan___________
UNITED STATES MAGISTRATE JUDGE