AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **00-248 ADM/AJB**

0541-0208-0603-F

Eric G. Nelson

US MARSHAL ... DEC 29 3 24 PM '04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Eric G. Nelson

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Minneapolis, MN

s/G. Schneider

(By) G. Schneider, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED
MAY 10 2005
U.S. DISTRICT COURT MPLS

DATE 5-3-05
RETURNED UNEXECUTED Per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA
M. Labelle

SCANNED
MAY 9 2005
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04